**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-7340**

———————————

EDWIN GUNN,

                                        Petitioner - Appellant,

        versus

MARK HENRY,

                                        Respondent - Appellee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Deborah K. Chasanow, District Judge.  (CA-
99-2222-DKC)

———————————

Submitted:  January 20, 2000          Decided:  February 1, 2000

———————————

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Edwin Gunn, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edwin Gunn appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gunn v. Henry, No. CA-99-2222-DKC (D. Md. Aug. 31, 1999).[*] We also deny Gunn's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on August 30, 1999, the district court's records show that it was entered on the docket sheet on August 31, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).